**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 08 2011

JAMES N. HATTEN, Clerk
By [signature] Deputy Cler

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | NO. 1:11-CR-340 |
| | : | |
| MICHAEL J. BABB | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

Beginning in or about June 2005, and continuing through in or about February 2007, in DeKalb County, Georgia, within the Northern District of Georgia, the defendant, MICHAEL J. BABB, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, harboring T.H., an alien, for financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (B)(i), did conceal the same by denying that fact to special agents of the Federal Bureau of Investigation, and by not reporting the same as soon as possible to an authority under the United States; all in violation of Title 18, United States Code, Section 4.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
U.S. Courthouse
75 Spring Street, S.W.,
Suite 600
Atlanta, GA 30303
404/581-6280 (telephone)
404/581-6156 (facsimile)
Georgia Bar No. 527275